Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
kbranson@littler.com

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA SANDERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Nevada Foreign Corporation,<br><br>　　　　Defendant. | Case No. 2:24-cv-02212-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff BRENDA SANDERS ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant" or "Walmart") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 23, 2024, up to and including **January 21, 2025**.

Such extension is necessary in light of Defendant's counsel was recently retained and requires the additional time to continue to investigate the allegations in the Complaint.

//

//

//

//

//

4923-6210-8165.2 / 080000-4389

1  This is the first request for an extension of time to respond to the Complaint in this Court. This
2  request is made in good faith and not for the purpose of delay.

5  Dated: December 12, 2024                          Dated: December 12, 2024

6  Respectfully submitted,                           Respectfully submitted,

8  /s/ Michael Yancey
   MICHAEL YANCEY III                                Z. KATHRYN BRANSON, ESQ.
9  CONSUMER ATTORNEYS                                LITTLER MENDELSON P.C.

10 *Attorney for Plaintiff*                          *Attorney for Defendant*
   BRENDA SANDERS                                    WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated:  12-16-24

_____
U.S. MAGISTRATE JUDGE

4923-6210-8165.2 / 080000-4389

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800