1  Z. Kathryn Branson, Esq.
   Nevada Bar No. 11540
2  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
3  Suite 200
   Las Vegas, NV 89113-4770
4  Telephone: 702.862.8800
   Fax No.:    702.862.8811
5  kbranson@littler.com

6  Lauren A. Forsythe, Esq.
   *Admitted Pro Hac*
7  LITTLER MENDELSON, P.C.
   222 South Main Street, 5th Floor
8  Salt Lake City, UT 84101
   Telephone: 801.401.8319
9  Fax No.:    702.862.8811
   lforsythe@littler.com
10
   Attorneys for Defendant
11 WAL-MART ASSOCIATES, INC.

12
                    UNITED STATES DISTRICT COURT
13                        DISTRICT OF NEVADA

14 | BRENDA SANDERS, | Case No. 2:24-cv-02212-JAD-MDC |

15 |   Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

16 | v. |

17 | WAL-MART ASSOCIATES, INC., a Nevada Foreign Corporation, |

18 | Defendant. |

19

20   Plaintiff BRENDA SANDERS ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC
21 ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the
22 dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and
23 attorneys' fees.
24   The parties agree that neither party shall be deemed to be a prevailing party in this action
25 / / /
26 / / /
27 / / /
28

and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

| | |
|---|---|
| Dated: September 24, 2025 | September 24, 2025 |
| CONSUMER JUSTICE LAW FIRM | LITTLER MENDELSON, P.C. |
| /s/ Janelle Romero<br>Michael Yancey III,<br>Janelle Romero | *signature*<br>Z. Kathryn Branson<br>Lauren A. Forsythe |
| Attorneys for Plaintiff<br>BRENDA SANDERS | Attorneys for Defendant<br>WAL-MART ASSOCIATES, INC. |

## ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2025